**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

CASA de Maryland, Inc. et al.
**Plaintiff,** *

*

v. Case No. 8:20-cv-02118-PX

Chad F. Wolf, et al. *
**Defendant.** *

**DISCLOSURE OF CORPORATE INTEREST**

**Check all that apply:**

■ I certify, as party/counsel in this case that CASA de Maryland, Inc. (name of party) is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

☐ The following corporate affiliations exist with ____________________:
(name of party)

______________________________________.
(names of affiliates)

☐ The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

______________________________________.
(names of entities with possible financial interests)

Disclosure of Corporate Interest

☐ In a case based on diversity jurisdiction, the following is a list of all members of

______________________________ and their states of citizenship:
(name of LLC party)

| (name of member) | (state of citizenship) |
|---|---|
| (name of member) | (state of citizenship) |
| (name of member) | (state of citizenship) |
| (name of member) | (state of citizenship) |

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

07/21/2020
Date

Signature

Nicholas Katz, 1812100006
Printed name and bar number

8151 15th Avenue, Hyattsville, MD 20783
Address

nkatz@wearecasa.org
Email address

240-491-5743
Telephone number

301-408-4123
Fax number