IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CASA DE MARYLAND, INC., *et al.*, | * * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. 8:20-cv-02118-PX |
| | * | |
| CHAD F. WOLF, *et al.*, | * | |
| Defendants. | * | |
| | *** | |

## SCHEDULING ORDER

As discussed in today's status conference, the Court issues the following deadlines:

| | |
|---|---|
| No later than August 3, 2020: | Defendants' Response in Opposition to Plaintiffs' Motion for a Stay or, in the Alternative, Preliminary Injunction |
| No later than August 3, 2020: | Motion (not to exceed 1 page) stating factual and legal basis for submission of amicus curiae brief, with proposed brief attached (not to exceed twenty pages exclusive of affidavits and exhibits, table of contents and citations, and addenda containing statutes, rules, or regulations) |
| No later than August 7, 2020: | Plaintiffs' Reply in Support of its Motion for a Stay or, in the Alternative, Preliminary Injunction (not to exceed fifteen pages exclusive of affidavits and exhibits, table of contents and citations, and addenda containing statutes, rules, or regulations) |

The Court hereby schedules a two-hour hearing, which will take place virtually on **August 11, 2020**, beginning at **11:00 am**.

| | |
|---|---|
| 7/27/2020 | /S/ |
| Date | Paula Xinis<br>United States District Judge |