IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CASA DE MARYLAND, INC. et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>CHAD F. WOLF, et al.,<br><br>    Defendants. | Civil No. 20-2118-PX |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants hereby notify the Court of a published Fourth Circuit decision, *Casa De Maryland, Inc. et al v. Trump*, No. 19-2222[1], decided on August 5, 2020, two days after Defendants filed their response in opposition to Plaintiffs' motion for preliminary injunction. The Fourth Circuit reversed the District Court's decision issuing a nationwide injunction of a Department of Homeland Security rule promulgated under the Immigration and Nationality Act. In reversing, the panel held, in part, that: (1) CASA de Maryland, Inc. ("CASA"), also the lead Plaintiff in the above-captioned action, does not have Article III organizational standing to challenge the administrative rule; (2) CASA did not establish that it would be irreparably harmed in the absence of an injunction; (3) the public's interests were not outweighed by the individuals'; and (4) the nationwide injunction was plainly improper.

Defendants would be pleased to provide additional briefing upon the Court's request.

Respectfully submitted,

ROBERT K. HUR
United States Attorney

---

[1] A copy of the decision is available on the United States Court of Appeals for the Fourth Circuit's website at https://www.ca4.uscourts.gov/opinions/192222.P.pdf

1

     <u>Jane E. Andersen    /s/</u>
Jane E. Andersen (Bar No: 802834))
Assistant United States Attorney
6500 Cherrywood Lane, Suite 200
Greenbelt, MD 20770
(301) 344-4422
Jane.Andersen@usdoj.gov