# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# SOUTHERN DIVISION

| | |
|---|---|
| CASA DE MARYLAND, INC., *et al.*, <br><br> Plaintiffs, <br><br> – *versus* – <br><br> CHAD F. WOLF, *et al.*, <br><br> Defendants. | Case No. 8:20-cv-2118-PX |

## PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiffs herein provide notice to the Court of the attached decision of the U.S. Government Accountability Office ("GAO") that was issued earlier today. The decision concludes that neither Kevin McAleenan nor Chad Wolf validly assumed the title of Acting Secretary. A copy of the GAO decision is attached.

Dated: August 14, 2020

Respectfully submitted,

Mariko Hirose*
Kathryn Austin*
Geroline Castillo*
INTERNATIONAL REFUGEE ASSISTANCE
PROJECT
One Battery Park Plaza, 4th Floor
New York, New York 10004
Tel: (516) 701-4620
Fax: (929) 999-8115
mhirose@refugeerights.org
kaustin@refugeerights.org
gcastillo@refugeerights.org

/s/ Justin B. Cox
Justin B. Cox (Bar No. 17550)
INTERNATIONAL REFUGEE ASSISTANCE

Conchita Cruz*
Zachary Manfredi*
Dennise Moreno
ASYLUM SEEKER ADVOCACY
PROJECT
228 Park Avenue S. #84810
New York, NY 10003-1502
Tel: (305) 484-9260
Fax: (646) 968-0279
conchita.cruz@asylumadvocacy.org
zachary.manfredi@asylumadvocacy.org
dennise.moreno@asylumadvocacy.org

Richard W. Mark*
Joseph Evall*
Katherine Marquart*

| | |
|---|---|
| PROJECT<br>PO Box 170208<br>Atlanta, GA 30317<br>Tel: (516) 701-4233<br>Fax: (929) 999-8115<br>jcox@refugeerights.org | GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>Tel: (212) 351-4000<br>Fax: (212) 351-4035<br>RMark@gibsondunn.com<br>JEvall@gibsondunn.com<br>KMarquart@gibsondunn.com |

*Attorneys for Plaintiffs*

* Admitted *pro hac vice*