

# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

CHAMBERS OF  
Paula Xinis  
UNITED STATES DISTRICT JUDGE

6500 Cherrywood Lane  
Greenbelt, MD 20770  
(301) 344-0653

August 14, 2020

Re: 20-2118, *Casa De Maryland, Inc., et al. v. Chad F. Wolf et al.*

## **LETTER ORDER**

Dear Parties,

As discussed at today's hearing, the parties are to submit their pleadings, not to exceed three pages single-spaced and exclusive of exhibits, on the availability of preliminary relief pursuant to the Administrative Procedure Act, 5 U.S.C. § 705, no later than August 17, 2020.

The parties are also to submit pleadings on or before August 21, 2020, on the following: the question of standing; second, the propriety of converting Plaintiffs' motion to one for partial summary judgment as to Counts 2, 3, and 4; and finally, to the extent summary judgment is improper at this stage, discussion of which facts remain in dispute that would preclude this Court from converting Plaintiffs' motion. Without permission from this Court, the parties' briefing on both submissions collectively are not to exceed **ten** pages exclusive of exhibits.

Despite the informal nature of this correspondence, it constitutes an ORDER of the Court and shall be docketed as such.

Sincerely,

\_\_\_/S/_____  
PAULA XINIS  
United States District Judge