# EXHIBIT 1

**From:** Office of the Secretary <OfficeoftheSecretary@HQ.DHS.GOV>
**Sent:** Wednesday, April 10, 2019 4:35 PM
**Subject:** Farewell Message from Secretary Kirstjen M. Nielsen



April 10, 2019

**Farewell Message from Secretary Kirstjen M. Nielsen**

As you know, I submitted my resignation to the President earlier this week. Today is my final day at the Department. For nearly two years, I've had the honor to work alongside a talented, dedicated workforce. You serve with professionalism, respect, and determination in fulfilling DHS' important missions. The commitment you make day in and out – securing the land air and sea domains, preventing terrorism, administrating immigration laws, ensuring disaster resilience, safeguarding our cybersecurity landscape and infrastructure, and so much more – is awe inspiring.

Your work is vital to making every American safer, and as I leave you, know that I'll always admire what you've done to defend our way of life. Customs and Border Protection (CBP) Commissioner Kevin McAleenan will now lead DHS as your Acting Secretary. Kevin has led the Department's largest component for two years and his qualifications and experience will be instrumental in overseeing the crisis at our nation's borders. I have full confidence in Kevin's ability to carry out the DHS mission of safeguarding the American people, our homeland, and our values. Please join me in welcoming Kevin as the Acting Secretary.

To each of you I am eternally grateful for your service and could not be prouder to have served alongside you. Thank you for your devotion and sacrifice. God bless each of you and your families, and God bless this great country.

Warmest regards,

Kirstjen M. Nielsen
Secretary of Homeland Security

*With honor and integrity, we will safeguard the American people, our homeland, and our values.*