# EXHIBIT 2

Secretary
U.S. Department of Homeland Security
Washington, DC 20528



**MEMORANDUM FOR:** Claire M. Grady
Under Secretary for Management and Senior Official
Performing the Duties of the Deputy Secretary

Frank DiFalco
Acting Director, Office of Operations Coordination

**FROM:** Kirstjen M. Nielsen
Secretary

**SUBJECT:** Amendment to the Order of Succession for the Office of
Strategy, Policy, and Plans

The Office of Strategy, Policy, and Plans is headed by an Under Secretary pursuant to the National Defense Authorization Act for Fiscal Year 2017 (Pub. L. No. 114-328, § 1902, 6 U.S.C. § 349).

Pursuant to Paragraph II.K of Department of Homeland Security (DHS) Delegation 00106, Revision 8.3 (DHS Orders of Succession and Delegations of Authority for Named Positions, updated October 23, 2018), I am exercising my reserved right to designate the Assistant Secretary for Strategy, Plans, Analysis, and Risk (Assistant Secretary) as the First Assistant to the Under Secretary for Strategy, Policy, and Plans (Under Secretary).

I hereby immediately designate the attached order of succession and the Assistant Secretary to serve as the First Assistant to the Under Secretary (as noted by the asterisk in Annex U of DHS Delegation 00106, Revision 8.3).

cc: John M. Mitnick, General Counsel
Chad Wolf, Chief of Staff
Chip Fulghum, Deputy Under Secretary for Management

ANNEX U  
ISSUE DATE:                               APPROVAL:

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| Position | | Career Status |
|---|---|---|
| **Strategy, Policy, & Plans, Office of** | | |
| 1 | Under Secretary | S |
| 2 | Assistant Secretary for Strategy, Plans, Analysis, and Risk* | N |
| 3 | Deputy Under Secretary | C |
| 4 | Assistant Secretary for International Affairs | N |
| 5 | Assistant Secretary for Threat Prevention and Security Policy | N |
| 6 | Assistant Secretary for Border, Immigration, and Trade Policy | N |
| 7 | Assistant Secretary for Cyber, Infrastructure, and Resilience Policy | N |
| 8 | Deputy Assistant Secretary for Screening Coordination Office | C |
| 9 | Deputy Assistant Secretary for International Affairs | C |