# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# SOUTHERN DIVISION

| | |
|---|---|
| CASA DE MARYLAND, INC., *et al.*, <br><br> Plaintiffs, <br><br> versus <br><br> CHAD F. WOLF, *et al.*, <br><br> Defendants. | Case No. 8:20-cv-2118-PX |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE RESPONSE TO DEFENDANTS' AUGUST 21, 2020 SUPPLEMENTAL BRIEF

Plaintiffs respectfully move this Court, pursuant to Rule 105.2(a) of the Local Rules for the United States District Court for the District of Maryland, for an order permitting Plaintiffs to file a three-page letter brief in response to Defendants' August 21, 2020 supplemental letter brief, ECF No. 60. Plaintiffs request this opportunity because Defendants' supplemental letter brief cites new cases and raises arguments not presented in Defendants' Memorandum of Law in Support of Defendants' Opposition to Plaintiffs' Motion for a Preliminary Injunction, ECF. No. 41, Defendants' August 17, 2020 letter brief, ECF No. 55, or at oral argument. As grounds for this motion, Plaintiffs state that a short response letter addressing Defendants' new case citations and arguments regarding standing and the vacancies-related counts will aid the Court in its determination of Plaintiffs' pending applications for temporary relief under Fed. R. Civ P. 65(b) or 5 U.S.C. § 705, preliminary relief under Fed. R. Civ P. 65(a) or 5 U.S.C. § 705, and for summary judgment. *See Sherrill v. Mayor & City Council of Baltimore*, 31 F. Supp. 3d 750, 770 (D. Md. 2014), *vacated and remanded sub nom. Goldfarb v. Mayor & City Council of Baltimore*, 791 F.3d 500 (4th Cir. 2015) (permitting plaintiffs a surreply to address

defendants' "new, alternative theories that were not fully developed in its opening brief" and noting that the proposed surreply "provides argument and discussion that is relevant and will aid the Court in reaching a decision").

Plaintiffs advised Defendants of this application, and Defendants did not consent.

Plaintiffs respectfully request that the Court grant its motion for leave to file a response to Defendants' August 21, 2020 supplemental letter brief in the form attached hereto as Exhibit A.

Dated: August 26, 2020

Respectfully submitted,

| | |
|---|---|
| Mariko Hirose* | Dennise Moreno (Bar No. 21358) |
| Kathryn Austin* | Conchita Cruz* |
| Geroline Castillo* | Zachary Manfredi* |
| INTERNATIONAL REFUGEE ASSISTANCE PROJECT | ASYLUM SEEKER ADVOCACY PROJECT |
| One Battery Park Plaza, 4th Floor | 228 Park Avenue S. #84810 |
| New York, NY 10004 | New York, NY 10003-1502 |
| Tel: (516) 701-4620 | Tel: (305) 484-9260 |
| Fax: (929) 999-8115 | Fax: (646) 968-0279 |
| mhirose@refugeerights.org | dennise.moreno@asylumadvocacy.org |
| kaustin@refugeerights.org | conchita.cruz@asylumadvocacy.org |
| gcastillo@refugeerights.org | zachary.manfredi@asylumadvocacy.org |
| |    /s/ *Richard W. Mark* |
| Justin B. Cox (Bar No. 17550) | Richard W. Mark* |
| INTERNATIONAL REFUGEE ASSISTANCE PROJECT | Joseph Evall* |
| | Katherine Marquart* |
| PO Box 170208 | GIBSON, DUNN & CRUTCHER LLP |
| Atlanta, GA 30317 | 200 Park Avenue |
| Tel: (516) 701-4233 | New York, NY 10166-0193 |
| Fax: (929) 999-8115 | Tel: (212) 351-4000 |
| jcox@refugeerights.org | Fax: (212) 351-4035 |
| | RMark@gibsondunn.com |
| | JEvall@gibsondunn.com |
| *Attorneys for Plaintiffs* | KMarquart@gibsondunn.com |
| * Admitted *pro hac vice* | |