

# UNITED STATES DISTRICT COURT

# DISTRICT OF MARYLAND

| | |
|---|---|
| CHAMBERS OF<br>Paula Xinis<br>UNITED STATES DISTRICT JUDGE | 6500 Cherrywood Lane<br>Greenbelt, MD 20770<br>(301) 344-0653 |

August 28, 2020

Re:   20-2118, *Casa De Maryland, Inc., et al. v. Chad F. Wolf et al.*

## **LETTER ORDER**

Dear Parties,

As discussed at today's hearing, no later than September 2, 2020, the parties are to submit their pleadings, not to exceed five pages single-spaced and exclusive of exhibits responsive to the following: (1) any additional authority as to whether it is sufficient, for purposes of standing, for individual members of Plaintiff organizations to challenge the Broader EAD Rules collectively based on particularized harms resulting from specific changes therein; (2) the distinction between the terms "first assistant" and "Acting Secretary" for purposes of the HSA and the FVRA; (3) the import of the language "functions and duties" in section 3348 of the FVRA in this case; (4) to the extent there are workable alternatives short of nationwide preliminary relief, what those are; and (5) additional authority on the proper force and effect to give the DHS Orders of Succession and Delegations for Named Authorities, known as Delegation 00106.

The parties may also submit reply briefing not to exceed 2 pages single-spaced and exclusive of exhibits, no later than September 4, 2020. Without permission from this Court, the parties' briefing on both submissions collectively are not to exceed **seven** pages exclusive of exhibits.

Despite the informal nature of this correspondence, it constitutes an ORDER of the Court and shall be docketed as such.

Sincerely,

\_\_\_/S/_____
PAULA XINIS
United States District Judge