# EXHIBIT 1

**Department of Homeland Security**
**Delegation Number: 0100.2**
**Issue Date: 06/23/2003**

# DELEGATION TO DEPUTY SECRETARY

## I.  Purpose

This is a delegation to the Deputy Secretary to fulfill responsibilities set forth in the Homeland Security Act of 2002 (the Act) and other general duties on behalf of the Secretary.

## II.  Delegation

By virtue of the authority vested in the Secretary of Homeland Security by law, including the Homeland Security Act of 2002, I hereby delegate to the Deputy Secretary the following responsibilities:

A.   Coordination of matters and resolution of issues among the Bureau of Customs and Border Protection (CBP), the Bureau of Immigration and Customs Enforcement (ICE), and the Bureau of Citizenship and Immigration Services (BCIS);

B.   Establishment of policies, procedures and priorities for the administration and operation of the BCIS;

C.   Oversight of the functions, personnel, assets and liabilities transferred from the Immigration and Naturalization Service to the BCIS;

D.   Oversight of the BCIS, the Office of the Citizenship and Immigration Services Ombudsman, and the Office of the Director of Shared Services;

E.   Performance of management reform duties as the Chief Operating Officer;

F.   Performance of the functions of the Secretary of Homeland Security upon the death, resignation or incapacity of the Secretary;

G.   Acting for the Secretary to sign, approve, or disapprove any proposed or final rule, regulation or related document; and

H.   Performance of any other duties the Secretary of Homeland Security may designate.

1

Delegation # 0100.2

I also delegate to the Deputy Secretary the authority to provide direction and guidance for the daily operation of the Department.  The Deputy Secretary shall represent the Secretary in any matter as designated by the Secretary, may exercise the authority of the Secretary, except where specifically limited by law, order, regulation or instruction of the Secretary, shall perform the functions of the Secretary as the Secretary may from time to time direct, and shall act in the capacity of the Secretary in the event of a temporary absence.

# III.  Re-delegation

The authorities herein delegated may be re-delegated in writing to any appropriate subordinate official.

# IV.  Authorities

The Homeland Security Act of 2002, P.L. 107-296; 5 U.S.C. 3345.

# V.  Office of Primary Interest

The Office of the Deputy Secretary is the office with primary interest in this delegation.

# VI.  Cancellation

Delegation Number 0100.1 is rescinded.

*Tom Ridge*

Secretary of Homeland Security

2

Delegation # 0100.2