IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CASA DE MARYLAND, INC., et al

    Plaintiffs,

v.

WOLF, et al

    Defendants.

Civil No. 20-2118-PX

**NOTICE OF APPEAL**

Notice is hereby given that Defendants Chad F. Wolf and U.S. Department of Homeland Security appeal this Court's memorandum opinion and order entered on September 11, 2020—which granted in part and denied in part Plaintiffs' Motion for a Preliminary Injunction—to the United States Court of Appeals for the Fourth Circuit. *See* ECF Nos. 69 and 70.

    Respectfully submitted,

    ROBERT K. HUR
    United States Attorney

    ____/s/_____
    Jane E. Andersen (Bar No: 802834)
    Assistant United States Attorney
    6500 Cherrywood Lane, Suite 200
    Greenbelt, MD 20770
    (301) 344-4422
    Jane.Andersen@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

CASA DE MARYLAND, INC., et al

    Plaintiffs,

v.

WOLF, et al

    Defendants.

Civil No. 20-2118-PX

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 10, 2020, she served an electronic copy of the attached **NOTICE OF APPEAL** to all CM/ECF participants.

Respectfully submitted,

ROBERT K. HUR
United States Attorney

____/s/_____
Jane E. Andersen (Bar No: 802834)
Assistant United States Attorney
6500 Cherrywood Lane, Suite 200
Greenbelt, MD 20770
(301) 344-4422
Jane.Andersen@usdoj.gov