IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| CASA DE MARYLAND, INC., *et al.*, <br><br> Plaintiffs, <br><br> versus <br><br> MAYORKAS, *et al.*, <br><br> Defendants. | Civil Case No. 20-2118-PX |

**JOINT STATUS REPORT**

The parties hereby submit this status report pursuant to this Court's paperless order dated March 25, 2021 (ECF No. 105).

1.  On November 10, 2020, Defendants filed a Notice of Interlocutory Appeal (ECF No. 88) of this Court's Order granting in part Plaintiffs' motion for a stay of effective dates under 5 U.S.C. § 705 or, in the alternative, preliminary injunction. (ECF Nos. 23, 69, 70). On November 23, 2020, Plaintiffs filed a Notice of Cross-Appeal. (ECF No. 92).

2.  On March 22, 2021, Defendants and Plaintiffs jointly moved for voluntary dismissal of the appeal and cross-appeal, respectively. (Case Nos. 20-2217(L), 20-2263, ECF No. 22). On March 23, 2020, the Fourth Circuit dismissed the appeal and cross-appeal and issued a Rule 42(b) mandate. (Case Nos. 20-2217 (L), 20-2263, ECF Nos. 23, 24; *see* Dkt. Nos. 102, 103)

3.  Defendants' time to respond to the complaint (ECF No. 1), which was filed on July 21, 2020, was extended without date. (ECF No. 85).

4.       The parties have twice requested that the case be held in abeyance for a limited duration in light of the pending appeal and cross-appeal. (ECF Nos. 91, 96).

5.       On February 4, 2021, the Court, at the parties' request, ordered the case to be held in abeyance until February 22, on which date the parties would submit a joint status report. (ECF No. 97).

6.       The parties filed a joint status report on March 23, and the Court, at the parties' request, ordered the parties to file a status report on or before April 16 with a proposed omnibus schedule for this action, or other proposal for this action on or before April 16.

7.       The parties have met and conferred, but have not reached an agreement as to how the case should proceed.

8.       The defendants request that the case be placed in abeyance. The reason for this request is that the two rules at issue in this case are being reviewed for inclusion under the 90-day process set out in section 3(b) of Executive Order 14,012, "Restoring Faith in Our Legal Immigration Systems and Strengthening Integration and Inclusion Efforts for New Americans," 86 Fed. Reg. 8,277 (Feb. 5, 2021).

9.       Plaintiffs intend to file a motion for partial summary judgment on their Homeland Security Act claim, and in the alternative, a motion to modify the preliminary injunction. Plaintiffs anticipate filing this motion by early next week.

10.      Because the parties have not yet come to an agreement as to how the case should proceed, defendants reserve their right to file a motion to extend their time to respond to the motion(s), or to seek any other available relief including a stay, once they have an opportunity to review the motion(s).

Dated:  April 16, 2021

Respectfully submitted,

_/s/_
Linda Evarts (*pro hac vice*)
Geroline A. Castillo (*pro hac vice*)
Kathryn Austin (*pro hac vice*)
Mariko Hirose (*pro hac vice*)
INTERNATIONAL REFUGEE ASSISTANCE PROJECT
One Battery Park Plaza, 4th Floor
New York, New York 10004
Tel: (516) 838-1655
Fax: (929) 999-8115
levarts@refugeerights.org
gcastillo@refugeerights.org
kaustin@refugeerights.org
mhirose@refugeerights.org

_/s/_
Justin B. Cox (Bar No. 17550)
INTERNATIONAL REFUGEE ASSISTANCE PROJECT
PO Box 170208
Atlanta, GA 30317
Tel: (516) 701-4233
Fax: (929) 999-8115
jcox@refugeerights.org

_/s/_
Dennise Moreno (Bar No. 21358)
Conchita Cruz (*pro hac vice*)
Zachary Manfredi (*pro hac vice*)
ASYLUM SEEKER ADVOCACY PROJECT
228 Park Avenue S. #84810
New York, NY 10003-1502
Tel: (305) 484-9260
Fax: (646) 968-0279
conchita.cruz@asylumadvocacy.org
zachary.manfredi@asylumadvocacy.org
dennise.moreno@asylumadvocacy.org

Richard W. Mark (*pro hac vice*)
Joseph Evall (*pro hac vice*)
Katherine Marquart (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY  10166-0193
Tel: (212) 351-4000
Fax: (212) 351-4035
RMark@gibsondunn.com
JEvall@gibsondunn.com
KMarquart@gibsondunn.com

*Counsel for Plaintiffs*

JONATHAN LENZNER
Acting United States Attorney

_/s/_
Jane E. Andersen (Bar No: 802834))
Assistant United States Attorney
6500 Cherrywood Lane, Suite 200
Greenbelt, MD 20770
(301) 344-4422
Jane.Andersen@usdoj.gov
*Counsel for Defendants*