IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

CASA DE MARYLAND, INC., *et al.*

    Plaintiffs,

    v.

MAYORKAS, *et al.*

    Defendants.

Civil No. 20-2118-PX

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT ON THEIR
HOMELAND SECURITY ACT CLAIM, OR IN THE ALTERNATIVE,
TO MODIFY PRELIMINARY INJUNCTION**

**ORAL ARGUMENT REQUESTED**

Plaintiffs CASA de Maryland, Asylum Seeker Advocacy Project, Centro Legal de la Raza, Oasis Legal Services, and Pangea Legal Services respectfully move for summary judgment on Count 2 of their Complaint (ECF No. 1) and for vacatur of the two final rules challenged in this action (the Timeline Repeal Rule and the Broader EAD Rule). In the alternative, Plaintiffs respectfully request modification of the Court's preliminary injunction (ECF No. 70) to enjoin enforcement of all provisions of the two final rules on a uniform basis as to all persons.

In support of this motion, Plaintiffs submit a Memorandum of Law; their Statement of Undisputed Material Facts; the Second Declaration of Julia Hiatt-Shepp; the Second Declaration of Jehan Laner; the Second Declaration of Caroline Kornfield Roberts; the Second Declaration of Swapna C. Reddy; the Declaration of Zachary Manfredi, together with the exhibits attached thereto (all filed concurrently with this Motion).

Dated: April 20, 2021

Respectfully submitted,

          /s/
Linda Evarts (*pro hac vice*)
Geroline A. Castillo (*pro hac vice*)
Kathryn Austin (*pro hac vice*)
Mariko Hirose (*pro hac vice*)
INTERNATIONAL REFUGEE ASSISTANCE
PROJECT
One Battery Park Plaza, 4th Floor
New York, New York 10004
Tel: (516) 838-1655
Fax: (929) 999-8115
levarts@refugeerights.org
gcastillo@refugeerights.org
kaustin@refugeerights.org
mhirose@refugeerights.org

          /s/
Justin B. Cox (Bar No. 17550)
INTERNATIONAL REFUGEE ASSISTANCE
PROJECT
PO Box 170208
Atlanta, GA 30317
Tel: (516) 701-4233
Fax: (929) 999-8115
jcox@refugeerights.org

          /s/
Dennise Moreno (Bar No. 21358)
Amit Jain (Bar No. 21004)
Conchita Cruz (*pro hac vice*)
Zachary Manfredi (*pro hac vice*)
ASYLUM SEEKER ADVOCACY PROJECT
228 Park Avenue S. #84810
New York, NY 10003-1502
Tel: (305) 484-9260
Fax: (646) 968-0279
dennise.moreno@asylumadvocacy.org
amit.jain@asylumadvocacy.org
conchita.cruz@asylumadvocacy.org
zachary.manfredi@asylumadvocacy.org

Richard W. Mark (*pro hac vice*)
Joseph Evall (*pro hac vice*)
Katherine Marquart (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel: (212) 351-4000
Fax: (212) 351-4035
RMark@gibsondunn.com
JEvall@gibsondunn.com
KMarquart@gibsondunn.com

*Counsel for Plaintiffs*