IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

CASA DE MARYLAND, INC., *et al.*

    Plaintiffs,

    v.

MAYORKAS, *et al.*

    Defendants.

Civil No. 20-2118-PX

**INDEX OF EXHIBITS
TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
ON THEIR HOMELAND SECURITY ACT CLAIM,
OR IN THE ALTERNATIVE, TO MODIFY PRELIMINARY INJUNCTION**

| Exhibit | Document Title |
|---|---|
| 1 | Plaintiffs' Statement of Undisputed Material Facts in Support of Their Motion for Summary Judgment on Their Homeland Security Act Claim |
| 2 | Second Declaration of Julia Hiatt-Shepp, Managing Attorney at Centro Legal de la Raza, dated April 19, 2021 |
| 3 | Second Declaration of Jehan Laner, Co-Director of Pangea Legal Services, dated April 19, 2021 |
| 4 | Second Declaration of Caroline Kornfield Roberts, Executive Director and Co-Founder of Oasis Legal Services, dated April 16, 2021 |
| 5 | Second Declaration of Swapna C. Reddy, Co-Executive Director of Asylum Seeker Advocacy Project, dated April 20, 2021 |
| 6 | Declaration of Zachary Manfredi in Support of Plaintiffs' Motion for Summary Judgment on Their Homeland Security Act Claim, or in the Alternative, to Modify Preliminary Injunction |

| 6A | *Rosario* Fifth Status Report, *Rosario v. USCIS*, No. 15-0813-JLR (W.D. Wash.) ("*Rosario*"), ECF No. 170-1 (Mar. 10, 2021) |
|---|---|
| 6B | Defendants' April 12, 2021 Report Entitled "I-765 - Application for Employment Authorization Eligibility Category: C08, Pending Asylum Initial Permission to Accept Employment Completions by Processing Time Buckets August 1, 2020 - March 31, 2021" |
| 6C | Declaration of Connie Nolan, *Rosario*, ECF No. 170-2 (Mar. 10, 2021) |
| 6D | *Rosario* Defendants' Response to Motion for Civil Contempt and to Enforce Permanent Injunction, *Rosario*, ECF No. 179 (Apr. 12, 2021) |
| 6E | Declaration of Ernest DeStefano, *Rosario*, ECF No. 179-5 (Apr. 12, 2021) |