

# UNITED STATES DISTRICT COURT

# DISTRICT OF MARYLAND

| | |
|---|---|
| CHAMBERS OF<br>Paula Xinis<br>UNITED STATES DISTRICT JUDGE | 6500 Cherrywood Lane<br>Greenbelt, MD 20770<br>(301) 344-0653 |

May 11, 2021

Re:   20-2118, *Casa De Maryland, Inc., et al. v. Mayorkas, et al.*,

## **LETTER ORDER**

Dear Parties,

In light of the parties' recent filings, the Court grants Plaintiffs' request for a modification of their pending motions at ECF No. 107. ECF No. 117. Plaintiffs have narrowed their summary judgment motion for their HSA claim to the Broader EAD Rule. Further, their request for a modification of this Court's preliminary injunction is no longer in the alternative and applies to both the Timeline Repeal Rule and the Broader EAD Rule.

The Government has represented that the lion's share of the challenged rules will not be altered for at least another year. The Court thus considers Plaintiffs' motion ripe, and there is no need for further delay. Accordingly, the Government's response to Plaintiffs' motion at ECF No. 107, as modified above, will be due by **June 1, 2021**. Plaintiffs' reply will be due **June 15, 2021**. The status conference on **May 14, 2021** is cancelled.

Despite the informal nature of this correspondence, it constitutes an ORDER of the Court and shall be docketed as such.

Sincerely,

\_\_\_\_/S/_____
PAULA XINIS
United States District Judge