**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**SOUTHERN DIVISION**

CASA DE MARYLAND, INC., *et al*.

     Plaintiffs,

  v.

MAYORKAS, *et al*.

     Defendants.

Civil No. 20-2118-PX

**CONSENT MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

Pursuant to Local Rule 101(2)(b), Plaintiffs, through their undersigned counsel, respectfully request that this Court grant Amit Jain, Conchita Cruz, and Dennise Moreno leave to withdraw their appearances as attorneys of record in this matter. In support of this motion, Plaintiffs state as follows:

1.     Amit Jain and Dennise Moreno will be leaving their respective positions as Litigation and Policy Counsel and Litigation Counsel at the Asylum Seeker Advocacy Project ("ASAP") in June 2021.

2.     Conchita Cruz, in her role as Co-Executive Director of ASAP, has transitioned away from directing litigation matters.

3.     Plaintiffs will continue to be represented by all other counsel of record.

4.     Defendants consent to this motion.

Dated:    June 4, 2021

Respectfully submitted,


_____/s/_____
Linda Evarts (*pro hac vice*)
Geroline A. Castillo (*pro hac vice*)
Kathryn Austin (*pro hac vice*)
Mariko Hirose (*pro hac vice*)
INTERNATIONAL REFUGEE ASSISTANCE
PROJECT
One Battery Park Plaza, 4th Floor
New York, New York 10004
Tel: (516) 838-1655
Fax: (929) 999-8115
levarts@refugeerights.org
gcastillo@refugeerights.org
kaustin@refugeerights.org
mhirose@refugeerights.org


_____/s/_____
Justin B. Cox (Bar No. 17550)
INTERNATIONAL REFUGEE ASSISTANCE
PROJECT
PO Box 170208
Atlanta, GA 30317
Tel: (516) 701-4233
Fax: (929) 999-8115
jcox@refugeerights.org

*Counsel for Plaintiffs*


_____/s/_____
Dennise Moreno (Bar No. 21358)
Amit Jain (Bar No. 21004)
Conchita Cruz (*pro hac vice*)
Zachary Manfredi (*pro hac vice*)
ASYLUM SEEKER ADVOCACY PROJECT
228 Park Avenue S. #84810
New York, NY 10003-1502
Tel: (305) 484-9260
Fax: (646) 968-0279
amit.jain@asylumadvovacy.org
conchita.cruz@asylumadvocacy.org
zachary.manfredi@asylumadvocacy.org
dennise.moreno@asylumadvocacy.org

Richard W. Mark (*pro hac vice*)
Joseph Evall (*pro hac vice*)
Katherine Marquart (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY   10166-0193
Tel: (212) 351-4000
Fax: (212) 351-4035
RMark@gibsondunn.com
JEvall@gibsondunn.com
KMarquart@gibsondunn.com