IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

CASA DE MARYLAND, INC., *et al*.

    Plaintiffs,

  v.

MAYORKAS, *et al*.

    Defendants.

Civil No. 20-2118-PX

**NOTICE OF SUPPLEMENTAL AUTHORITY TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT ON THEIR HOMELAND SECURITY ACT CLAIM**

Plaintiffs hereby notify the Court of a recent decision by Judge Jeffrey S. White in the Northern District of California granting summary judgment to the plaintiffs, and vacating a final rule, on the basis that purported former Acting Secretary of the Department of Homeland Security Chad Wolf lacked authority to issue the rule because he "was not lawfully appointed as Acting Secretary at the time the Final Rule was approved." *See Chamber of Commerce v. DHS*, No. 20-CV-07331-JSW, 2021 WL 4198518, *4–5 (N.D. Cal. Sept. 15, 2021) (citing *Casa de Maryland, Inc. v. Wolf*, 486 F. Supp. 3d 928 (D. Md. 2020)). A copy of the decision is attached. This decision supplements Plaintiffs' argument that the Broader EAD Rule is invalid because Wolf did not serve as Acting Secretary of DHS at the time the Broader EAD Rule was approved, and that the proper remedy is vacatur. Dkt. 107-1 at 10-16.

1

Dated:	September 23, 2021

Respectfully submitted,

| | |
|---|---|
| */s/* <br> Linda Evarts (*pro hac vice*) <br> Kathryn Austin (*pro hac vice*) <br> Mariko Hirose (*pro hac vice*) <br> INTERNATIONAL REFUGEE ASSISTANCE PROJECT <br> One Battery Park Plaza, 4th Floor <br> New York, New York 10004 <br> Tel: (516) 838-1655 <br> Fax: (929) 999-8115 <br> levarts@refugeerights.org <br> gcastillo@refugeerights.org <br> kaustin@refugeerights.org <br> mhirose@refugeerights.org <br><br> */s/* <br> Justin B. Cox (Bar No. 17550) <br> INTERNATIONAL REFUGEE ASSISTANCE PROJECT <br> PO Box 170208 <br> Atlanta, GA 30317 <br> Tel: (516) 701-4233 <br> Fax: (929) 999-8115 <br> jcox@refugeerights.org | */s/* <br> Zachary Manfredi (*pro hac vice*) <br> ASYLUM SEEKER ADVOCACY PROJECT <br> 228 Park Avenue S. #84810 <br> New York, NY 10003-1502 <br> Tel: (305) 484-9260 <br> Fax: (646) 968-0279 <br> zachary.manfredi@asylumadvocacy.org <br><br> Richard W. Mark (*pro hac vice*) <br> Joseph Evall (*pro hac vice*) <br> Katherine Marquart (*pro hac vice*) <br> GIBSON, DUNN & CRUTCHER LLP <br> 200 Park Avenue <br> New York, NY   10166-0193 <br> Tel: (212) 351-4000 <br> Fax: (212) 351-4035 <br> RMark@gibsondunn.com <br> JEvall@gibsondunn.com <br> KMarquart@gibsondunn.com |

*Counsel for Plaintiffs*