IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CASA DE MARYLAND, INC., *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. 8:20-cv-2118-PX |
| ALEJANDRO N. MAYORKAS, *et al.*, Secretary of Homeland Security United States Department of Homeland Security | * * | |
| Defendants. | * | |

***
**ORDER**

In June 2020, the United States Department of Homeland Security ("DHS" or the "Agency") and its Acting Secretary, Chad F. Wolf,[1] promulgated changes to two sets of rules governing work authorization for asylum applicants. Shortly before the challenged rules were to take effect, five organizational Plaintiffs—CASA de Maryland, Inc., Asylum Seeker Advocacy Project, Inc., Centro Legal de la Raza, Oasis Legal Services, and Pangea Legal Services (collectively "Plaintiffs")—sued the Agency and sought simultaneously to enjoin the new rules. *See* ECF No. 1. On September 11, 2020, this Court granted injunctive relief. *Casa I*, 486 F. Supp. 3d at 973–74. Pending before the Court are cross-motions for summary judgment. *See* ECF Nos. 107, 127, 130.

On February 7, 2022, the United States District Court for the District of Columbia vacated the same rules challenged in this action. *See Asylumworks v. Mayorkas*, No. 20-3815 (BAH), 2022 WL 355213 (D.D.C. Feb. 7, 2022). In response, this Court held a recorded status

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Alejandro Mayorkas, the current Secretary of Homeland Security, has been substituted for former Acting Secretary Chad F. Wolf as Defendant. *See* Fed. R. Civ. P. 25(d).

conference on February 14, 2022 to discuss how to proceed with this suit. *See* ECF No. 164. After the call, the Court stayed this action until today, April 12, 2022, while the Government considered whether to appeal the *Asylumworks* decision. *See* ECF No. 166. The Government has since indicated that it will not appeal *Asylumworks*. *See* ECF No. 168. Thus, the challenged rules central to the pending motions have been vacated and are no longer operative. *Id.*

During today's recorded status conference (ECF No. 169), the parties agreed that the cross motions for summary judgment are moot; however, Plaintiffs requested additional time to evaluate whether this action nonetheless presents a case-or-controversy.

Accordingly, it is this 12th day of April 2022, ORDERED that:

1. The STAY (ECF No. 166) in this matter is LIFTED;
2. The Motion for Partial Summary Judgment filed by Plaintiffs (ECF No. 107) is DENIED as MOOT;
3. The Motion for Partial Summary Judgment filed by Defendants (ECF No. 127) is DENIED as MOOT;
4. The Cross-Motion for Partial Summary Judgment filed by Plaintiffs (ECF No. 130) is DENIED as MOOT;
5. The Motion to Withdraw as Counsel filed by *Amicus* Constitutional Accountability Center (ECF No. 143) is GRANTED; and
6. The parties shall submit a Joint Status Report no later than May 10, 2022; and
7. The Court will conduct a recorded status conference on May 17, 2022 at 11:00 a.m.

April 12, 2022  
Date

/s/  
Paula Xinis  
United States District Judge