IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| CASA DE MARYLAND, INC., *et al.*,<br><br>                    Plaintiffs,<br>    versus<br><br>MAYORKAS, *et al.*,<br><br>                    Defendants. | Case No. 20-2118-PX |

**JOINT STATUS REPORT AND STIPULATION [AND PROPOSED ORDER]**

Pursuant to this Court's paperless order dated April 12, 2022, ECF No. 170, the Parties have met and conferred regarding Plaintiffs' concerns about Defendants' implementation of the February 7, 2022 order in *Asylumworks v. Mayorkas*, No. 1:20-cv-03815-BAH, Dkt. No. 41, and the implications for the above-captioned matter, and it is hereby stipulated and agreed, pursuant to this Court's approval:

1) On or before June 1, 2022, Defendants shall provide Plaintiffs with a response to the specific concerns Plaintiffs raised in their email of April 13, 2022 and in their correspondence of May 9, 2022 regarding Defendants' implementation of the *Asylumworks* order;

2) On or before June 6, 2022, the Parties shall file a joint status report with the Court; and

3) The status conference currently scheduled on May 17, 2022 shall be adjourned to the week of June 13, 2022 or as soon thereafter as is convenient for the Court.

Dated:  May 9, 2022

Respectfully submitted,

| | |
|---|---|
| */s/*<br>Linda Evarts (Bar No. 22012)<br>Mariko Hirose (Bar No. 22337)<br>Kathryn Austin (Bar No. 21915)<br>INTERNATIONAL REFUGEE ASSISTANCE PROJECT<br>One Battery Park Plaza, 4th Floor<br>New York, New York 10004<br>Tel: (516) 838-1655<br>Fax: (929) 999-8115<br>levarts@refugeerights.org<br>kaustin@refugeerights.org<br>mhirose@refugeerights.org<br><br>*Counsel for Plaintiffs* | */s/*<br>Zachary Manfredi (*pro hac vice*)<br>ASYLUM SEEKER ADVOCACY PROJECT<br>228 Park Avenue S. #84810<br>New York, NY 10003-1502<br>Tel: (305) 484-9260<br>Fax: (646) 968-0279<br>zachary.manfredi@asylumadvocacy.org<br><br>*/s/*<br>Richard W. Mark (*pro hac vice*)<br>Joseph Evall (*pro hac vice*)<br>Katherine Marquart (*pro hac vice*)<br>Chris Jones (*pro hac vice*)<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY  10166-0193<br>Tel: (212) 351-4000<br>Fax: (212) 351-4035<br>RMark@gibsondunn.com<br>JEvall@gibsondunn.com<br>KMarquart@gibsondunn.com<br>CRJones@gibsondunn.com |

Erek L. Barron
United States Attorney

*/s/ Patrick G. Selwood*
Patrick G. Selwood
Assistant United States Attorney
United States Attorney's Office, District of Maryland
36 South Charles Street, Fourth Floor
Baltimore, Maryland, 21201
Telephone: (410) 209-4892
Email: Patrick.Selwood@usdoj.gov

*Counsel for Defendants*

**IT IS SO ORDERED.**

_____
**PAULA XINIS
UNITED STATES DISTRICT JUDGE**