## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CASA DE MARYLAND, INC., *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. 8:20-cv-2118-PX |
| ALEJANDRO MAYORKAS, *et al.*, | * | |
| Defendants. | | |
| | *** | |

## <u>ORDER</u>

For the reasons stated in the foregoing Memorandum Opinion, it is this 18th day of May 2023, by the United States District Court for the District of Maryland, ORDERED that:

1. Defendants' Motion to Dismiss (ECF No. 202) BE, and the same hereby IS, GRANTED;

2. The Complaint (ECF No. 1) BE, and the same hereby IS, DISMISSED;

3. The Preliminary Injunction (ECF No. 70) BE, and the same hereby IS, DISSOLVED;

4. Plaintiffs' Motion for Summary Judgment or in the alternative for Contempt (ECF No. 189) BE, and the same hereby IS, DENIED as MOOT;

5. The Clerk is directed to TRANSMIT copies of the foregoing Memorandum Opinion and this Order to the parties; and

6. CLOSE this case.

5/18/2023
Date

/S/
Paula Xinis
United States District Judge