IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CASA DE MARYLAND, INC., *et al.*,

    Plaintiffs,

v.

MAYORKAS, *et al.*,

    Defendants.

Case No. 20-cv-02118-PX

# [PROPOSED] ORDER

Upon consideration of Plaintiffs' *Consent Motion to Stay Time to File Motion for Award of Attorneys' Fees* and for other good cause shown, it is hereby **ORDERED** as follows:

1. Plaintiffs' Motion is **GRANTED**;

2. Plaintiffs' deadline for filing a motion for attorneys' fees and other expenses pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), is **STAYED**; and

3. The parties shall file a Joint Status Report on the 15th day of each month, beginning on September 15, 2023, informing the Court of their progress in resolving any award of attorneys' fees and costs.

Date: _____

_____
The Honorable Paula Xinis
United States District Court of Maryland