IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CASA DE MARYLAND, INC., *et al.*,

    Plaintiffs,

  v.

MAYORKAS, *et al.*,

    Defendants.

Case No. 20-cv-02118-PX

**JOINT STATUS REPORT**

Pursuant to this Court's Order of November 16, 2023, Dkt. No. 219, the parties provide the following Joint Status Report and state as follows:

The parties have finally resolved the issue of Plaintiffs' attorneys' fees and costs. As such, Plaintiffs' *Consent Motion to Stay Time to File Motion for Award of Attorneys' Fees*, *see* Dkt. Nos. 213, 214, is now moot.

//
//
//
//
//
//
//
//

Date: February 7, 2024

Respectfully submitted,

/s/ Linda B. Evarts
Linda B. Evarts (Bar No. 22012)
Mariko Hirose (Bar No. 22337)
INTERNATIONAL REFUGEE ASSISTANCE
PROJECT
One Battery Park Plaza, 33rd Floor
New York, New York 10004
Telephone: (516) 838-1655
Fax: (516) 324-2267
levarts@refugeerights.org
mhirose@refugeerights.org

/s/ Zachary Manfredi
Zachary Manfredi (*pro hac vice*)
ASYLUM SEEKER ADVOCACY PROJECT
228 Park Avenue S. #84810
New York, NY 10003-1502
Tel: (305) 484-9260
Fax: (646) 968-0279
zachary.manfredi@asylumadvocacy.org

/s/ Richard Mark
Richard W. Mark (*pro hac vice*)
Joseph Evall (*pro hac vice*)
Katherine Marquart (*pro hac vice*)
Chris Jones (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY  10166-0193
Tel: (212) 351-4000
Fax: (212) 351-4035
RMark@gibsondunn.com
JEvall@gibsondunn.com
KMarquart@gibsondunn.com
CRJones@gibsondunn.com

*Counsel for Plaintiffs*


Erek L. Barron
United States Attorney

         /s/  Alicia Shelton
Alicia L. Shelton (Bar No. 11538)
Assistant United States Attorney
36 South Charles Street, 4th Floor
Baltimore, Maryland 21201
(410) 209-4836 (direct)
(410) 962-2310 (fax)
alicia.shelton2@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I certify that on this 14th day of November 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to all counsel.

                                                   /s/
                                    Alicia L. Shelton
                                    Assistant United States Attorney